1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3
4  WAYNE RUSSO, et al.,          ,       Case No. 24-cv-02194-HSG
5         Plaintiff(s),
6      v.                                **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
7  OMADI, et al.,                ,       (CIVIL LOCAL RULE 11-3)
8         Defendant(s).
9
10   I, _____, an active member in good standing of the bar of
11   California _____, hereby respectfully apply for admission to practice pro hac
12   vice in the Northern District of California representing: WAYNE RUSSO, et al., in the
13   above-entitled action. My local co-counsel in this case is Dean Lloyd, an
14   attorney who is a member of the bar of this Court in good standing and who maintains an office
15   within the State of California. Local co-counsel's bar number is: 104647.

345 California St., Suite 600, SF, CA 94104        951 Matts Ct, Los Altos, CA 94024-4709
MY ADDRESS OF RECORD                               LOCAL CO-COUNSEL'S ADDRESS OF RECORD

415.779.3177                                       650-328-1664
MY TELEPHONE # OF RECORD                           LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jmadison@themadisonfirm.com                        legaljaws@gmail.com
MY EMAIL ADDRESS OF RECORD                         LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

22   I am an active member in good standing of a United States Court or of the highest court of
23   another State or the District of Columbia, as indicated above; my bar number is: 311553.
24   A true and correct copy of a certificate of good standing or equivalent official document
25   from said bar is attached to this application.
26   I have been granted pro hac vice admission by the Court 0 times in the 12 months
27   preceding this application.
28

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4-25-2024

APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jonathan Madison is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/20/202



UNITED STATES

DENIED
Judge Haywood S. Gilliam Jr.